Bob L. Olson, Esq.
Nevada Bar No. 3783
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
         cgianelloni@swlaw.com
         vbohman@swlaw.com
*Attorneys for Defendant
Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM W. PINION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:15-cv-02398-RCJ-NJK<br>Order DENYING<br>**JOINT PROPOSED DISCOVERY PLAN AND PROPOSED ORDER SUBMITTED IN COMPLIANCE WITH LOCAL RULE 26-1(e)**<br><br>Removed to U.S. District Court: December 16, 2015 |

Plaintiff William W. Pinion ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their respective counsel, hereby submit this proposed Joint Discovery Plan and Scheduling Order in compliance with Local Rule 26-1(e).

**PROPOSED DISCOVERY PLAN**

**Fed. R. Civ. P. 26(f) Conference**. On February 5, 2016, counsel for Experian and Plaintiff participated in a discovery and scheduling conference (the "Conference") to discuss all of the issues required by FRCP 26(f).

The Parties now propose the following discovery plan:

23465236

1. **Discovery Cut-Off Date**: Experian removed this case to U.S. District Court on December 16, 2015. Experian filed its answer to Plaintiff's complaint in state court prior to removal. To allow for all discovery to take place, the proposed cut-off date for discovery shall be June 14, 2016, 180 days from the date of removal.

2. **Amending the Pleadings and Adding Parties**: All motions to amend the pleadings or to add parties shall be filed not later than March 16, 2016, 90 days prior to the proposed close of discovery.

3. **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts)**: Disclosures and reports concerning experts shall be made by April 15, 2016, 60 days before the proposed discovery cut-off date. Disclosures concerning rebuttal experts shall be made by May 16, 2016, 30 days after the initial disclosure of experts.

4. **Dispositive Motions**: The date for filing dispositive motions shall not be later than July 14, 2016, 30 days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

5. **Pretrial Order**: The date for filing the joint pretrial order shall not be later than August 15, 2016, 30 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6. **Pretrial Disclosures**: The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

7. **Extensions or Modifications of the Discovery Plan and Scheduling Order**: Applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for

23465236

the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.

8. **Initial Disclosures**: The Parties shall make initial disclosures on or before February 22, 2016.

9. **Discovery Motions**: All discovery and discovery-related motions shall be completed by June 14, 2016, the discovery cutoff date.

10. **Protective Orders**: Experian may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents in its possession.

11. **Consent to Electronic Service**: The Parties consent to electronic service of discovery documents.

DATED this 8th day of February 2016.

SNELL & WILMER L.L.P.

By: /s/ Bob L. Olson
Bob L. Olson, Esq.
Charles E. Gianelloni, Esq.
V.R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Experian Information Solutions, Inc.*

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808 x7
Facsimile: (800) 520-5523

*Attorneys for Plaintiff William W. Pinion*

///

23465236

~~SCHEDULING ORDER~~

~~The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.~~

**DENIED.** Paragraph 9 is unclear as written.

IT IS SO ORDERED.

February 9, 2016
Dated

_____
United States Magistrate Judge

23465236